|  |  | AT-135 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* Jack Russo (SBN 96068) Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607) Computerlaw Group LLP 401 Florence Street, Palo Alto, CA 94301 TELEPHONE NO.: (650) 327-9800 E-MAIL ADDRESS *(Optional):* FAX NO. *(Optional):* (650) 617-1863 ATTORNEY FOR *(Name):* Shuting Kang | | FOR COURT USE ONLY |

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| WRIT OF ATTACHMENT<br>☑ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address)*:  Defu Fund International Inc.
   35 Bel Aire Court, Hillsborough, CA 94010

   and the attachment is to secure:  $ 1,373,285.10

4. Name and address of plaintiff: Shuting Kang
   119 Changdao Vanke City, Bantian Subdistrict, Longgang District
   Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
   35 Bel Aire Court, Hillsborough, CA 94010
   Last sold price $2,850,000 on March 30, 2016;
   Bedrooms 4; Bathrooms: 3.5; Stories: 1; Size of asset: 4,181 Sq. Ft.; Lot Size: 0.52 Acres; Built: 1978

   ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:

   a. Name: Jarrod Harrison & Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
   35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
   ☐ crops described in item 5 ___ are growing
   ☐ timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 7/25/2019    Clerk, by _____ , Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

| SHORT TITLE: Shuting Kang v. Sophie Harrison, et al. | CASE NUMBER: 3:18-cv-05399-JD |
|---|---|

*5. Description of property and its location (cont'd):*

35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, described as Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four", filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23

**WRIT OF ATTACHMENT**
(Attachment)

| | AT-135 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800<br>E-MAIL ADDRESS *(Optional):*                                        FAX NO. *(Optional):* (650) 617-1863<br>ATTORNEY FOR *(Name):* Shuting Kang | FOR COURT USE ONLY |
| **NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse | |
| PLAINTIFF: Shuting Kang | |
| DEFENDANT: Sophie Harrison et al. | |
| **WRIT OF ATTACHMENT**<br>☑ AFTER HEARING      ☐ EX PARTE | CASE NUMBER:<br>3:18-cv-05399-JD |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):*   Sino-USA Entrepreneur Association, Inc.
                                                                                                                            35 Bel Aire Court, Hillsborough, CA 94010

    and the attachment is to secure: $ 1,373,285.10

4. Name and address of plaintiff: Shuting Kang
                                          119 Changdao Vanke City, Bantian Subdistrict, Longgang District
                                          Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
35 Bel Aire Court, Hillsborough, CA 94010
Last sold price $2,850,000 on March 30, 2016;
Bedrooms 4; Bathrooms: 3.5; Stories: 1; Size of asset: 4,181 Sq. Ft.; Lot Size: 0.52 Acres; Built: 1978

    ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:

    a. Name: Jarrod Harrison & Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
    b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
        35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
    ☐ crops described in item 5 ___ are growing
    ☐ timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
    a. Name:
    b. Address:

[SEAL]

Date: 7/25/2019          Clerk, by _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

| SHORT TITLE: Shuting Kang v. Sophie Harrison, et al. | CASE NUMBER: 3:18-cv-05399-JD |
|---|---|

5. *Description of property and its location (cont'd):*

35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, described as Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four", filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23

**WRIT OF ATTACHMENT**
(Attachment)

| | | AT-135 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800<br>E-MAIL ADDRESS (Optional):   FAX NO. (Optional): (650) 617-1863<br>ATTORNEY FOR (Name): Shuting Kang | | FOR COURT USE ONLY |

NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| WRIT OF ATTACHMENT<br>☑ AFTER HEARING   ☐ EX PARTE | CASE NUMBER:<br>3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Shengrun International Industry Group, Inc.
   35 Bel Aire Court, Hillsborough, CA 94010

   and the attachment is to secure: $ 1,373,285.10

4. Name and address of plaintiff: Shuting Kang
   119 Changdao Vanke City, Bantian Subdistrict, Longgang District
   Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   35 Bel Aire Court, Hillsborough, CA 94010
   Last sold price $2,850,000 on March 30, 2016;
   Bedrooms 4; Bathrooms: 3.5; Stories: 1; Size of asset: 4,181 Sq. Ft.; Lot Size: 0.52 Acres; Built: 1978

   ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:

   a. Name: Jarrod Harrison & Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
   35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
   ☐ crops described in item 5 ___ are growing
   ☐ timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 7/25/2019    Clerk, by _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

| SHORT TITLE: Shuting Kang v. Sophie Harrison, et al. | CASE NUMBER: 3:18-cv-05399-JD |
|---|---|

5. *Description of property and its location (cont'd):*

35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, described as Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four", filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23

|  |  | AT-135 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800  FAX NO. (Optional): (650) 617-1863<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Shuting Kang | | FOR COURT USE ONLY |

NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| WRIT OF ATTACHMENT<br>☑ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Jarrod Harrison
   35 Bel Aire Court, Hillsborough, CA 94010

   and the attachment is to secure: $ 1,373,285.10

4. Name and address of plaintiff: Shuting Kang
   119 Changdao Vanke City, Bantian Subdistrict, Longgang District
   Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   35 Bel Aire Court, Hillsborough, CA 94010
   Last sold price $2,850,000 on March 30, 2016;
   Bedrooms 4; Bathrooms: 3.5; Stories: 1; Size of asset: 4,181 Sq. Ft.; Lot Size: 0.52 Acres; Built: 1978

   ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
   35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
   ☐ crops described in item 5 ___ are growing
   ☐ timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 7/25/2019    Clerk, by _____ signature _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

| SHORT TITLE: Shuting Kang v. Sophie Harrison, et al. | CASE NUMBER: 3:18-cv-05399-JD |

5. *Description of property and its location (cont'd):*

35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, described as Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four", filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23

| | AT-135 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800  FAX NO. (Optional): (650) 617-1863<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Shuting Kang | FOR COURT USE ONLY |

NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| WRIT OF ATTACHMENT<br>[✓] AFTER HEARING  [ ] EX PARTE | CASE NUMBER:<br>3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
   35 Bel Aire Court, Hillsborough, CA 94010

   and the attachment is to secure: $1,373,285.10

4. Name and address of plaintiff: Shuting Kang
   119 Changdao Vanke City, Bantian Subdistrict, Longgang District
   Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   35 Bel Aire Court, Hillsborough, CA 94010
   Last sold price $2,850,000 on March 30, 2016;
   Bedrooms 4; Bathrooms: 3.5; Stories: 1; Size of asset: 4,181 Sq. Ft.; Lot Size: 0.52 Acres; Built: 1978

   [✓] This information is on an attached sheet.

6. [✓] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: Jarrod Harrison
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
   35 Bel Aire Court, Hillsborough, CA 94010

7. [ ] The real property on which the
   [ ] crops described in item 5 ___ are growing
   [ ] timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 7/25/2019      Clerk, by _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

WRIT OF ATTACHMENT
(Attachment)

Code of Civ. Proc., § 488.010

| SHORT TITLE: Shuting Kang v. Sophie Harrison, et al. | CASE NUMBER: 3:18-cv-05399-JD |
|---|---|

*5. Description of property and its location (cont'd):*

35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, described as Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four", filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23