ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* Jack Russo (SBN 96068)
Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)
Computerlaw Group LLP
401 Florence Street, Palo Alto, CA 94301
TELEPHONE NO.: (650) 327-9800
E-MAIL ADDRESS *(Optional):*                    FAX NO. *(Optional):* (650) 617-1863
ATTORNEY FOR *(Name):* Shuting Kang

FOR COURT USE ONLY

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| WRIT OF ATTACHMENT | CASE NUMBER: |
| [X] AFTER HEARING  [ ] EX PARTE | 3:18-cv-05399-JD |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):* Defu Fund International Inc.
35 Bel Aire Court, Hillsborough, CA 94010

and the attachment is to secure: $ 1,400,762.50

4. Name and address of plaintiff: **Shuting Kang**
119 Changdao Vanke City, Bantian Subdistrict, Longgang District
Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

[✓] This information is on an attached sheet.

6. [✓] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: Jarrod Harrison & Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
   35 Bel Aire Court, Hillsborough, CA 94010

7. [ ] The real property on which the
   [ ] crops described in item 5 __ are growing
   [ ] timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 8/2/19          Clerk, by _____ , Deputy

Page 1 of 1

**WRIT OF ATTACHMENT**
**(Attachment)**

Code of Civ. Proc., § 488.010



5. *Description of property and its location (cont'd):*

(a)        35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, with the legal description: Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four," filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23;

(b)        1475 Huntington Ave. #301, South San Francisco, CA 94080, with the legal description: A condominium comprised of:
Parcel One:

Units 0–18 through 0–26 on the 3rd floor level in Building "A", as shown on Parcel Map 84-215, filed in the Office of the Recorder of San Mateo County, California on August 17, 1984 in Book 54 of Parcel Maps at Page 86 through 95, as amended by the Condominium Plan recorded November 29, 1989 as Instrument No. 89160890, Official Records, and as further amended by the Certificate of Correction recorded August 16, 1999 as Instrument No. 1999-139522, Official Records, And as corrected by document entitle, Revised Certificate of Correction recorded February 1, 2000 in Instrument No. 2000-012878 of Official Records, San Mateo County Records and as further amended by the Amended Parking Plan attached as Exhibit "A" to the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center recorded April 18, 2006 as Instrument No. 2006-056775, Official Records, and the Amended Parking Plan being and the corrected Second Amendment recorded September 24, 2007 as Instrument No. 2007-140462 of Official Records (the Parcel Map, the Condominium Plan, the Certificate of Correction and the Amended Parking Plan being collectively referred to hereinafter as the "Map").

Parcel Two:

The following appurtenant easements for the benefit of Parcel 1, above:

a) A non-exclusive easement for ingress and egress to and from Parcel 1 and support of Parcel 1 through the Common Area and for maintenance and repair of Parcel 1 through all other Units and through the Common Area, as such other Units and Common Area are shown on the Map.

b) An exclusive easement to use the Parking Spaces designated 27, 28, and 142 on the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center referred to in Parcel 1 above.

Parcel Three: An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Three:

An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Four:

The following easements appurtenant to and for the benefit of the Common Area:

a)      Non-exclusive easements through each Unit as shown on the Map for support, maintenance and repair of the Common Area.

b)      Non-exclusive easements for encroachments upon the air space of all Units shown on the Map by and for those portions of the Common Area lying within such Units.

JPN: 212-089-000-18 thru 26 .A and 212-086-000-01A (Common Area)

(c) 24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description: Tax ID Number(s)

046-232-11-00, 046-232-1100. Land Situated in the County of Tuolumne in the State of CA , Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1. Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June

2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800<br>E-MAIL ADDRESS (Optional):     FAX NO. (Optional): (650) 617-1863<br>ATTORNEY FOR (Name): Shuting Kang | FOR COURT USE ONLY |
|---|---|

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| **WRIT OF ATTACHMENT**<br>☑ **AFTER HEARING**   ☐ **EX PARTE** | CASE NUMBER:<br>3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address):  Shengrun Intl Industry Group Inc
35 Bel Aire Court, Hillsborough, CA 94010

   and the attachment is to secure:  $ 1,400,762.50

4. Name and address of plaintiff: **Shuting Kang**
119 Changdao Vanke City, Bantian Subdistrict, Longgang District
Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

   ☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name: Jarrod Harrison & Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
   35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
   ☐ crops described in item 5 __ are growing
   ☐ timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 8/2/19     Clerk, by _____ , Deputy

Page 1 of 1

**WRIT OF ATTACHMENT**
**(Attachment)**



5. *Description of property and its location (cont'd):*

(a)    35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, with the legal description: Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four," filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23;

(b)    1475 Huntington Ave. #301, South San Francisco, CA 94080, with the legal description: A condominium comprised of:
Parcel One:

Units 0–18 through 0–26 on the 3rd floor level in Building "A", as shown on Parcel Map 84-215, filed in the Office of the Recorder of San Mateo County, California on August 17, 1984 in Book 54 of Parcel Maps at Page 86 through 95, as amended by the Condominium Plan recorded November 29, 1989 as Instrument No. 89160890, Official Records, and as further amended by the Certificate of Correction recorded August 16, 1999 as Instrument No. 1999-139522, Official Records, And as corrected by document entitle, Revised Certificate of Correction recorded February 1, 2000 in Instrument No. 2000-012878 of Official Records, San Mateo County Records and as further amended by the Amended Parking Plan attached as Exhibit "A" to the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center recorded April 18, 2006 as Instrument No. 2006-056775, Official Records, and the Amended Parking Plan being and the corrected Second Amendment recorded September 24, 2007 as Instrument No. 2007-140462 of Official Records (the Parcel Map, the Condominium Plan, the Certificate of Correction and the Amended Parking Plan being collectively referred to hereinafter as the "Map").

Parcel Two:

The following appurtenant easements for the benefit of Parcel 1, above:

a) A non-exclusive easement for ingress and egress to and from Parcel 1 and support of Parcel 1 through the Common Area and for maintenance and repair of Parcel 1 through all other Units and through the Common Area, as such other Units and Common Area are shown on the Map.

b) An exclusive easement to use the Parking Spaces designated 27, 28, and 142 on the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center referred to in Parcel 1 above.

Parcel Three: An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Three:

An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Four:

The following easements appurtenant to and for the benefit of the Common Area:

a)      Non-exclusive easements through each Unit as shown on the Map for support, maintenance and repair of the Common Area.

b)      Non-exclusive easements for encroachments upon the air space of all Units shown on the Map by and for those portions of the Common Area lying within such Units.

JPN: 212-089-000-18 thru 26 .A and 212-086-000-01A (Common Area)

(c) 24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description: Tax ID Number(s)

046-232-11-00, 046-232-1100. Land Situated in the County of Tuolumne in the State of CA , Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1. Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June

2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800<br>E-MAIL ADDRESS (Optional):　　　　FAX NO. (Optional): (650) 617-1863<br>ATTORNEY FOR (Name): Shuting Kang | FOR COURT USE ONLY |

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| | |
|---|---|
| **WRIT OF ATTACHMENT**<br>　☑ **AFTER HEARING**　　☐ **EX PARTE** | CASE NUMBER:<br>3:18-cv-05399-JD |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Sino-USA Entrepreneur Association, Inc.
　　35 Bel Aire Court, Hillsborough, CA 94010

　and the attachment is to secure: $ 1,400,762.50

4. Name and address of plaintiff: **Shuting Kang**
　　119 Changdao Vanke City, Bantian Subdistrict, Longgang District
　　Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

　☑ This information is on an attached sheet.

6. ☑ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
　a. Name: Jarrod Harrison & Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
　b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
　　35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
　☐ crops described in item 5 ___ are growing
　☐ timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
　　a. Name:
　　b. Address:

[SEAL]

Date: 8/2/19　　　　Clerk, by _____, Deputy

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]
**WRIT OF ATTACHMENT**
**(Attachment)**
Code of Civ. Proc., § 488.010



5. *Description of property and its location (cont'd):*

(a)        35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, with the legal description: Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four," filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23;

(b)        1475 Huntington Ave. #301, South San Francisco, CA 94080, with the legal description: A condominium comprised of:
Parcel One:

Units 0–18 through 0–26 on the 3rd floor level in Building "A", as shown on Parcel Map 84-215, filed in the Office of the Recorder of San Mateo County, California on August 17, 1984 in Book 54 of Parcel Maps at Page 86 through 95, as amended by the Condominium Plan recorded November 29, 1989 as Instrument No. 89160890, Official Records, and as further amended by the Certificate of Correction recorded August 16, 1999 as Instrument No. 1999-139522, Official Records, And as corrected by document entitle, Revised Certificate of Correction recorded February 1, 2000 in Instrument No. 2000-012878 of Official Records, San Mateo County Records and as further amended by the Amended Parking Plan attached as Exhibit "A" to the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center recorded April 18, 2006 as Instrument No. 2006-056775, Official Records, and the Amended Parking Plan being and the corrected Second Amendment recorded September 24, 2007 as Instrument No. 2007-140462 of Official Records (the Parcel Map, the Condominium Plan, the Certificate of Correction and the Amended Parking Plan being collectively referred to hereinafter as the "Map").

Parcel Two:

The following appurtenant easements for the benefit of Parcel 1, above:

        a) A non-exclusive easement for ingress and egress to and from Parcel 1 and support of Parcel 1 through the Common Area and for maintenance and repair of Parcel 1 through all other Units and through the Common Area, as such other Units and Common Area are shown on the Map.

        b) An exclusive easement to use the Parking Spaces designated 27, 28, and 142 on the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center referred to in Parcel 1 above.

Parcel Three: An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Three:

An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Four:

The following easements appurtenant to and for the benefit of the Common Area:

a)     Non-exclusive easements through each Unit as shown on the Map for support, maintenance and repair of the Common Area.

b)     Non-exclusive easements for encroachments upon the air space of all Units shown on the Map by and for those portions of the Common Area lying within such Units.

JPN: 212-089-000-18 thru 26 .A and 212-086-000-01A (Common Area)

(c) 24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description: Tax ID Number(s) 046-232-11-00, 046-232-1100. Land Situated in the County of Tuolumne in the State of CA , Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1. Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June

2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: Jack Russo (SBN 96068) Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607) Computerlaw Group LLP 401 Florence Street, Palo Alto, CA 94301 TELEPHONE NO. (650) 327-9800 | FOR COURT USE ONLY |
|---|---|

E-MAIL ADDRESS *(Optional)*:　　　　　　　　FAX NO. *(Optional)*: (650) 617-1863

ATTORNEY FOR *(Name)*: Shuting Kang

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF**　San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| WRIT OF ATTACHMENT [X] AFTER HEARING ☐ EX PARTE | CASE NUMBER: 3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address)*: Jarrod Harrison
　　　　　　　　　　　　　　　　　　　　　　　　35 Bel Aire Court, Hillsborough, CA 94010

　　and the attachment is to secure: $ 1,400,762.50

4. Name and address of plaintiff: **Shuting Kang**
　　　　119 Changdao Vanke City, Bantian Subdistrict, Longgang District
　　　　Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

　　[✓] This information is on an attached sheet.

6. [✓] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
　　a. Name: Sophie Harrison a/k/a Xianqin Wang Harrison a/k/a Sophie Wang a/k/a Xianqin Wang a/k/a Xueqing Wang
　　b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:
　　35 Bel Aire Court, Hillsborough, CA 94010

7. ☐ The real property on which the
　　☐ crops described in item 5 __ are growing
　　☐ timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
　　a. Name:
　　b. Address:

[SEAL]

Date: 8/2/19　　　　　　　Clerk, by _*signature*_ , Deputy

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
**(Attachment)**

Code of Civ. Proc., § 488.010



5. *Description of property and its location (cont'd):*

(a)      35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, with the legal description: Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four," filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23;

(b)      1475 Huntington Ave. #301, South San Francisco, CA 94080, with the legal description: A condominium comprised of:

Parcel One:

Units 0-18 through 0-26 on the 3rd floor level in Building "A", as shown on Parcel Map 84-215, filed in the Office of the Recorder of San Mateo County, California on August 17, 1984 in Book 54 of Parcel Maps at Page 86 through 95, as amended by the Condominium Plan recorded November 29, 1989 as Instrument No. 89160890, Official Records, and as further amended by the Certificate of Correction recorded August 16, 1999 as Instrument No. 1999-139522, Official Records, And as corrected by document entitle, Revised Certificate of Correction recorded February 1, 2000 in Instrument No. 2000-012878 of Official Records, San Mateo County Records and as further amended by the Amended Parking Plan attached as Exhibit "A" to the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center recorded April 18, 2006 as Instrument No. 2006-056775, Official Records, and the Amended Parking Plan being and the corrected Second Amendment recorded September 24, 2007 as Instrument No. 2007-140462 of Official Records (the Parcel Map, the Condominium Plan, the Certificate of Correction and the Amended Parking Plan being collectively referred to hereinafter as the "Map").

Parcel Two:

The following appurtenant easements for the benefit of Parcel 1, above:

a) A non-exclusive easement for ingress and egress to and from Parcel 1 and support of Parcel 1 through the Common Area and for maintenance and repair of Parcel 1 through all other Units and through the Common Area, as such other Units and Common Area are shown on the Map.

b) An exclusive easement to use the Parking Spaces designated 27, 28, and 142 on the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center referred to in Parcel 1 above.

Parcel Three: An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Three:

An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Four:

The following easements appurtenant to and for the benefit of the Common Area:

a)      Non-exclusive easements through each Unit as shown on the Map for support, maintenance and repair of the Common Area.

b)      Non-exclusive easements for encroachments upon the air space of all Units shown on the Map by and for those portions of the Common Area lying within such Units.

JPN: 212-089-000-18 thru 26 .A and 212-086-000-01A (Common Area)

(c) 24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description: Tax ID Number(s)

046-232-11-00, 046-232-1100. Land Situated in the County of Tuolumne in the State of CA , Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1. Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June

2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* Jack Russo (SBN 96068)
Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)
Computerlaw Group LLP
401 Florence Street, Palo Alto, CA 94301
TELEPHONE NO.: (650) 327-9800
E-MAIL ADDRESS *(Optional):*                    FAX NO. *(Optional):* (650) 617-1863
ATTORNEY FOR *(Name):* Shuting Kang

FOR COURT USE ONLY

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| | |
|---|---|
| **WRIT OF ATTACHMENT**<br>[X] **AFTER HEARING**    [ ] **EX PARTE** | CASE NUMBER:<br>3:18-cv-05399-JD |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: San Mateo, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):* Sophie Harrison a/k/a Xianqin Wang
Harrison a/k/a Sophie Wang a/k/a Xianqin
Wang a/k/a Xueqing Wang
and the attachment is to secure: $ 1,400,762.50    35 Bel Aire Court, Hillsborough, CA 94010

4. Name and address of plaintiff: **Shuting Kang**
119 Changdao Vanke City, Bantian Subdistrict, Longgang District
Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be
secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

   [✓] This information is on an attached sheet.

6. [✓] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following
person other than the defendant:
a. Name: Jarrod Harrison
b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
35 Bel Aire Court, Hillsborough, CA 94010

7. [ ] The real property on which the
[ ] crops described in item 5 __ are growing
[ ] timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
a. Name:
b. Address:

[SEAL]

Date: 8/2/2019      Clerk, by _Signature_ , Deputy

Page 1 of 1

**WRIT OF ATTACHMENT**
**(Attachment)**

Code of Civ. Proc., § 488.010



5. *Description of property and its location (cont'd):*

(a)     35 Bel Aire Court, Hillsborough, CA 94010: APN/Parcel ID 038-333-070, with the legal description: Lot 23, as shown on that certain map entitled "Tobin Clark Estate Unit No. Four," filed in the Office of the Recorder of the County of San Mateo State of California on June 25, 1976 in Book 91 of Maps at Page(s) 21, 22, and 23;

(b)     1475 Huntington Ave. #301, South San Francisco, CA 94080, with the legal description: A condominium comprised of:
Parcel One:

Units 0–18 through 0–26 on the 3rd floor level in Building "A", as shown on Parcel Map 84-215, filed in the Office of the Recorder of San Mateo County, California on August 17, 1984 in Book 54 of Parcel Maps at Page 86 through 95, as amended by the Condominium Plan recorded November 29, 1989 as Instrument No. 89160890, Official Records, and as further amended by the Certificate of Correction recorded August 16, 1999 as Instrument No. 1999-139522, Official Records, And as corrected by document entitle, Revised Certificate of Correction recorded February 1, 2000 in Instrument No. 2000-012878 of Official Records, San Mateo County Records and as further amended by the Amended Parking Plan attached as Exhibit "A" to the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center recorded April 18, 2006 as Instrument No. 2006-056775, Official Records, and the Amended Parking Plan being and the corrected Second Amendment recorded September 24, 2007 as Instrument No. 2007-140462 of Official Records (the Parcel Map, the Condominium Plan, the Certificate of Correction and the Amended Parking Plan being collectively referred to hereinafter as the "Map").

Parcel Two:

The following appurtenant easements for the benefit of Parcel 1, above:

     a) A non-exclusive easement for ingress and egress to and from Parcel 1 and support of Parcel 1 through the Common Area and for maintenance and repair of Parcel 1 through all other Units and through the Common Area, as such other Units and Common Area are shown on the Map.

     b) An exclusive easement to use the Parking Spaces designated 27, 28, and 142 on the Second Amendment to Covenants, Conditions & Restrictions for Tanforan Office Center referred to in Parcel 1 above.

Parcel Three: An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Three:

An undivided 9/375 interest as a tenant in common in and to the Common Area as shown on the Map.

Parcel Four:

The following easements appurtenant to and for the benefit of the Common Area:

a)      Non-exclusive easements through each Unit as shown on the Map for support, maintenance and repair of the Common Area.

b)      Non-exclusive easements for encroachments upon the air space of all Units shown on the Map by and for those portions of the Common Area lying within such Units.

JPN: 212-089-000-18 thru 26 .A and 212-086-000-01A (Common Area)

(c) 24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description: Tax ID Number(s)

046-232-11-00, 046-232-1100. Land Situated in the County of Tuolumne in the State of CA , Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1. Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June

2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address:)* Jack Russo (SBN 96068)<br>Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)<br>Computerlaw Group LLP<br>401 Florence Street, Palo Alto, CA 94301<br>TELEPHONE NO.: (650) 327-9800<br>E-MAIL ADDRESS *(Optional):*       FAX NO. *(Optional):* (650) 617-1863<br>ATTORNEY FOR *(Name):* Shuting Kang | *FOR COURT USE ONLY* |

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| | |
|---|---|
| **WRIT OF ATTACHMENT**<br>[X] **AFTER HEARING**    [ ] **EX PARTE** | CASE NUMBER:<br>3:18-cv-05399-JD |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Tuolumne, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):*   Jarrod Harrison
        35 Bel Aire Court, Hillsborough, CA 94010

   and the attachment is to secure: $ 1,400,762.50

4. Name and address of plaintiff: Shuting Kang
        119 Changdao Vanke City, Bantian Subdistrict, Longgang District
        Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

      [✓] This information is on an attached sheet.

6. [✓] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:

     a. Name: Jason Harrison
     b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*
      35 Bel Aire Court, Hillsborough, CA 94010

7. [ ] The real property on which the
      [ ] crops described in item 5 ___ are growing
      [ ] timber described in item 5 ___ to be cut is standing stands upon the records of the county in the name of
     a. Name:
     b. Address:

[SEAL]

Date: 8/2/2019

Clerk, by _____ , Deputy

Page 1 of 1

**WRIT OF ATTACHMENT**
**(Attachment)** Code of Civ. Proc., § 488.010



5. *Description of property and its location (cont'd):*

24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description:

Tax ID Number(s)  046-232-11-00, 046-232-1100.

Land Situated in the County of Tuolumne in the State of CA, Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1.

Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June 2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Jack Russo (SBN 96068)
Christopher Sargent (SBN 246285); Lucy Goodnough (SBN 310607)
Computerlaw Group LLP
401 Florence Street, Palo Alto, CA 94301
TELEPHONE NO.: (650) 327-9800
E-MAIL ADDRESS (Optional):                          FAX NO. (Optional): (650) 617-1863
ATTORNEY FOR (Name): Shuting Kang

FOR COURT USE ONLY

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION OF** San Francisco
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building and U.S. Courthouse

PLAINTIFF: Shuting Kang

DEFENDANT: Sophie Harrison et al.

| **WRIT OF ATTACHMENT**<br>[X] **AFTER HEARING**  [ ] **EX PARTE** | CASE NUMBER:<br>3:18-cv-05399-JD |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Tuolumne, California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Sophie Harrison a/k/a Xianqin Wang
Harrison, a/k/a Sophie Wang, a/k/a Xianqin
Wang, a/k/a Xueqing Wang
and the attachment is to secure: $ 1,400,762.50      35 Bel Aire Court, Hillsborough, CA 94010

4. Name and address of plaintiff: Shuting Kang
119 Changdao Vanke City, Bantian Subdistrict, Longgang District
Shenzhen, Guangdong Province, China 518129

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be
secured by the attachment (describe property and state its location; itemize by letter): See description of 5 on page 2.

[✓] This information is on an attached sheet.

6. [✓] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following
person other than the defendant:
a. Name: Jarrod and Jason Harrison
b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):
35 Bel Aire Court, Hillsborough, CA 94010

7. [ ] The real property on which the
[ ] crops described in item 5 __ are growing
[ ] timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
a. Name:
b. Address:

[SEAL]

Date: 8/2/2019

Clerk, by _____, Deputy

Page 1 of 1

**WRIT OF ATTACHMENT**
**(Attachment)**
Code of Civ. Proc., § 488.010



5. *Description of property and its location (cont'd):*

24031 Lama Rd, Mi Wuk Village, CA 95346: APN 046-232-011-000, Alternate APN 46-232-11-00, with the legal description:

Tax ID Number(s)  046-232-11-00, 046-232-1100.

Land Situated in the County of Tuolumne in the State of CA, Lot 341 of Mi Wuk Village No. 3 as shown and delineated on the Official Map thereof, filed in the Office of the County Recorder, Tuolumne County, California on September 20, 1954 in Book 13 of Plats at Page 1.

Excepting therefrom an undivided 92% interest and title in and to all oil, gas and minerals located, being or lying at a distance of 100 feet or more from the surface of said land, provided, however, that grantor must exercise its rights hereunder without entry upon the surface of said land unless the consent of the grantee has first been obtained as contained in the Deed from Mi Wuk Village, Inc, A corporation to Allen F. Price and Ellen June Price, His Wife, dated May 25, 1959 and recorded June 2, 1967 in Volume 102 of Official Records, at Page 471. Commonly known as: 24031 Lama Rd, Mi Wuk Village, CA 95346.