UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTING KANG,<br><br>            Plaintiff,<br><br>      v.<br><br>SOPHIE HARRISON, et al.,<br><br>            Defendants. | Case No. 3:18-cv-05399-JD<br><br>**ORDER RE EXTENSION OF PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 76 |

Plaintiff Kang applies ex parte to extend by 21 days the preliminary injunction issued by this Court, which was set to expire October 30, 2019.  Dkt. No. 76.  The request is granted, and the preliminary injunction will expire November 20, 2019.

In the initial injunction order, the Court provided that "Kang may ask to extend the term of the injunction for good cause to allow for the completion of the attachment process."  Dkt. No. 72 at 3.  Plaintiff Kang's filing shows good cause.  She describes how the San Mateo County sheriff's officer responsible for levying the writ was not able to review the writ packages that had been submitted by plaintiff on September 3, 2019, until October 24, 2019, and that on October 25, 2019, that officer requested additional undertakings and other changes to the writ packages.  That is sufficient to warrant a short extension of the injunction.

**IT IS SO ORDERED.**

Dated: November 6, 2019

JAMES DONATO
United States District Judge